# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr- 248 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR JOSE GUADALUPE CHABLE-SANCHEZ (ID#) 5608055 |
| vs. | |
| JOSE GUADALUPE CHABLE-SANCHEZ, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JOSE GUADALUPE CHABLE-SANCHEZ** before the United States District Court at Las Vegas, Nevada, on or about Thursday, August 18, 2016, Courtroom 3C, NJK, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 10, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   SUSAN CUSHMAN
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   702-388-6336
5

6               UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA
7                           -oOo-

8  UNITED STATES OF AMERICA,        )   Case No.: 2:16-cr- 248
                                    )
9              Plaintiff,           )   PETITION FOR WRIT OF HABEUS
                                    )   CORPUS AD PROSEDUENDUM FOR
                                    )   JOSE GUADALUPE CHABLE-SANCHEZ
10      vs.                         )   (ID#) 5608055
                                    )
11 JOSE GUADALUPE CHABLE-SANCHEZ,   )
                                    )
12             Defendant.           )
                                    )

13
   The petition of the United States Attorney for the District of Nevada respectfully shows
14
   that **JOSE GUADALUPE CHABLE-SANCHEZ**, is committed by due process of law in the
15
   custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary
16
   that the said **JOSE GUADALUPE CHABLE-SANCHEZ** be temporarily released under a
17
   Writ of Habeas Corpus Ad Prosequendum so that the said **JOSE GUADALUPE CHABLE-**
18
   **SANCHEZ** may be present before the United States District Court for the District of Nevada, at
19
   City, State, on __ Thursday, August 18, 2016 / Courtroom 3C, NJK __, at the hour of 3:00 p.m., for arraignment and from
20
   time to time and day to day thereafter until excused by the said Court.
21
   That the presence of the said **JOSE GUADALUPE CHABLE-SANCHEZ** before the
22
   United States District Court on or about __ Thursday, August 18, 2016 / Courtroom 3C, NJK __, at the hour of 3:00 p.m.,
23
   for arraignment and from time to time and day to day thereafter until excused by the Court has
24
   been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **JOSE GUADALUPE CHABLE-SANCHEZ** before the United States District Court on or about Thursday, August 18, 2016 Courtroom 3C, NJK, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 10th day of August, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

SUSAN CUSHMAN
Assistant United States Attorney