JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant –CHABLE-SANCHEZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\* \* \***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-248-JCM-NJK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE CHABLE-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant JOSE CHABLE-SANCHEZ and SUSAN CUSHMAN, Assistant United States Attorney, that sentencing currently scheduled for March 14, 2017 at 10:30 a.m., be vacated and reset to a date and time convenient to the court but approximately (45) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

-1-

3. Counsel for the defense is in trial in <u>United States vs. Bundy</u> and will be in trial on the date of the sentencing.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing until a date in approximately forty-five (45) days..

This is the first request for continuance filed herein.

DATED: March 8, 2017

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | SUSAN CUSHMAN, ESQ. |
| 601 S. LV BLVD. | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant-CHABLE-SANCHEZ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-248-JCM-NJK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| JOSE CHABLE-SANCHEZ, | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsels for defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and she has no objection to the continuance.

3. Counsel for the defense is in trial in <u>United States vs. Bundy</u> and will be in trial on the date and time of the sentencing.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing until a date in approximately forty-five (45) days.

This is the first request for continuance filed herein.

### ORDER

IT IS HEREBY ORDERED that the Hearing currently scheduled for March 14, 2017, at 10:30 a.m., be continued to the **27th day of April, 2017 at 10:00 a.m.**

DATED March 8, 2017.

_____
U.S. DISTRICT JUDGE